UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOSEPH BRENNAN :

vs. :

BLACK & DECKER CORPORATION d/b/a PORTER-CABLE CORPORATION, Alias and QUAKER TOOL, INC., Alias :

CA 06 458T
C.A. No.

NOTICE OF REMOVAL

TO: THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Defendants, Black & Decker (U.S.) Inc., mistakenly named Black & Decker Corporation and Quaker Tool, Inc. respectfully represent as follows:

1. That Defendants, Black & Decker (U.S.) Inc., mistakenly named Black & Decker Corporation and Quaker Tool, Inc. are defendants in a civil action filed against it in the Providence County Superior Court, styled *Joseph Brennan v. Black & Decker Corporation*, C.A. No. PC 06-5149.
2. The aforesaid action was commenced with the filing of a Summons and Complaint (copy attached hereto). Defendant, Black & Decker (U.S.) Inc., mistakenly named Black & Decker Corporation, was served with a copy of the Summons and Complaint on or about October 2, 2006. Certified copies of the entire State Court record will be filed pursuant to Local Rule 36 within 10 days hereof.
3. Defendant, Quaker Tool, Inc., was served with a copy of the Summons and Complaint on or about October 2, 2006.
4. The defendant, Black & Decker (U.S.) Inc., mistakenly named Black & Decker Corporation and the plaintiff are citizens of different states and are therefore completely diverse within the meaning of Title 28 U.S.C. §1332.
5. Defendant, Quaker Tool, Inc. was and still is a citizen of the State of Rhode Island. However, the citizenship of defendant Quaker Tool, Inc. does not defeat removal jurisdiction of this Court, and should be disregarded, since defendant Quaker Tool, Inc. is not a necessary or indispensable party to the above-entitled action but is only a nominal party without any interest in such action as it has assigned all of its rights and obligations and tendered its defense to Black & Decker (U.S.) Inc., mistakenly named Black & Decker Corporation.
6. The amount in controversy, exclusive of interest and costs, exceeds $75,000.00.
7. Venue properly lies in the District of Rhode Island because the plaintiff has asserted that he was a resident of Rhode Island at the time of the alleged incident and the plaintiff commenced his initiating civil action in the State of Rhode Island.

8. The above described action, as stated in the plaintiff's Complaint is one of which this Court has original jurisdiction pursuant to the provisions of Title 28 U.S.C. § 1332, and is one which may be removed to this Court by the defendant pursuant to the provisions of Title 28 U.S.C. §§ 1441 (a) and (b).
9. Both, Black & Decker (U.S.) Inc., mistakenly named Black & Decker Corporation, and Quaker Tool, Inc. consent to this action being removed to United States District Court for the District of Rhode Island.

BLACK & DECKER (U.S.) INC.
CARROLL, KELLY & MURPHY

C. RUSSELL BENGTSON #1233
One Turks Head Place, Suite 400
Providence, RI 02903
401-331-7272
401-331-4404 – facsimile
RBengtson@CKMLaw.com

Dated: October 16, 2006

QUAKER TOOL, INC.
LAW OFFICE OF JOHN T. MADDEN

CRAIG JOHNS # 3966
475 Kilvert Street
Warwick, RI 02886
401-732-0165
401-732-0943 – facsimile
Johnsc@Nationwide.com

Dated: October 16 2006

CERTIFICATION

I hereby certify that a true and accurate copy of the within document was mailed by regular mail, postage prepaid, or hand delivered, from Carroll, Kelly & Murphy, One Turks Head Place, Suite 400, Providence, RI 02903 on this 16th day of October 2006, to counsel of record as follows:

Mark W. Dana, Esq.
D'Amico & Burchfield, LLP
536 Atwells Avenue
Providence, RI 02909

Craig A. Johns, Esq.
Law Office of John T. Madden
475 Kilvert Street
Warwick, RI 02886