UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CA 06 458T

JOSEPH BRENNAN :
:
vs. : C.A. No.____________
:
:
BLACK & DECKER CORPORATION d/b/a :
PORTER-CABLE CORPORATION, Alias and :
QUAKER TOOL, INC., Alias :

AFFIDAVIT OF FILING NOTICE OF REMOVAL
WITH THE CLERK OF THE PROVIDENCE COUNTY SUPERIOR COURT

TO: THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

I, C. Russell Bengtson, attorney for the defendant, Black & Decker (U.S.) Inc., mistakenly named Black & Decker Corporation, herein on oath depose and say that I have caused copies of the defendants' Notice of Removal of the above captioned action to be filed with the Clerk of the Providence County Superior Court in accordance with the provisions of Title 28 U.S.C. § 1446 (e) by hand delivering copies of said Notice to the Clerk on October 16th 2006.

I further depose and say that I have given written notice of the filing of said Notice to all parties by mailing copies thereof by United States mail together with notice of said filing to:

Mark W. Dana, Esq.
D'Amico & Burchfield, LLP
536 Atwells Avenue
Providence, RI 02909

Craig A. Johns, Esq.
Law Office of John T. Madden
475 Kilvert Street
Warwick, RI 02886

on October 16, 2006.

SIGNED UNDER PAINS AND PENALTIES OF PERJURY.
Dated this 16th day of October, 2006.

CARROLL, KELLY & MURPHY

C. RUSSELL BENGTSON #1233
One Turks Head Place, Suite 400
Providence, RI 02903
401-331-7272
401-331-4404 – facsimile
RBengtson@CKMLaw.com

CERTIFICATION

I, C. RUSSELL BENGTSON, attorney for defendant, hereby certify that I have this day served the foregoing AFFIDAVIT OF FILING NOTICE OF REMOVAL WITH THE CLERK OF THE PROVIDENCE COUNTY SUPERIOR COURT by mailing a copy postage pre-paid or by hand delivery to:

Mark W. Dana, Esq.
D'Amico & Burchfield, LLP
536 Atwells Avenue
Providence, RI 02909

Craig A. Johns, Esq.
Law Office of John T. Madden
475 Kilvert Street
Warwick, RI 02886

on this 16th day of October, 2006.

Dated this 16th day of October, 2006.

STATE OF RHODE ISLAND
PROVIDENCE, SC

Personally appeared the above named C. RUSSELL BENGTSON, who made oath that the foregoing statements by him subscribed are true.

Notary Public

Name: Todd J. Romano

My Commission Expires 6/28/2008