UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOSEPH BRENNAN :
:
vs. : C.A. No. 06-458T
:
:
BLACK & DECKER CORPORATION d/b/a :
PORTER-CABLE CORPORATION, Alias and :
QUAKER TOOL, INC., Alias :

DEFENDANT, BLACK & DECKER (U.S.) INC.'S TRANSMITTAL OF A CERTIFIED COPY OF THE STATE COURT RECORD

Pursuant to LR Civ 81 (b), attached hereto is the certified copy of the entire state court record relative to the removed action known as *Joseph Brennan v. Black & Decker Corporation*, C.A. No. PC 06-5149. The record is comprised of:

1. Civil Docket Sheet;
2. Complaint with Civil Case Cover Sheet;
3. Receipt of payment applied;
4. Notice of Filing Notice of Removal
5. Answer of Black & Decker (U.S.) Inc.;
6. Request for production of documents and things filed by Black & Decker (U.S.) Inc.;
7. Interrogatories filed by Black & Decker (U.S.) Inc.
8. Entry of Appearance by C. Russell Bengtson on behalf of Black & Decker (U.S.), Inc.;
9. Summons, Proof of Service upon Quaker Lane Tool Corp.;
10. Crossclaim of Quaker Lane Tool, Inc. filed against Black & Decker (U.S.) Inc.;
11. Answer of Quaker Lane Tool, Inc.

CARROLL, KELLY & MURPHY

C. RUSSELL BENGTSON #1233
One Turks Head Place, Suite 400
Providence, RI 02903
401-331-7272
401-331-4404 – facsimile
RBengtson@CKMLaw.com

## CERTIFICATION

I hereby certify that a true and accurate copy of the within document was mailed by regular mail, postage prepaid, or hand delivered, from Carroll, Kelly & Murphy, One Turks Head Place, Suite 400, Providence, RI 02903 on this 20th day of October 2006, to counsel of record as follows:

Mark W. Dana, Esq.
D'Amico & Burchfield, LLP
536 Atwells Avenue
Providence, RI 02909

Craig A. Johns, Esq.
Law Office of John T. Madden
475 Kilvert Street
Warwick, RI 02886