STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2006-5149 JOSEPH BRENNAN V THE BLACK AND DECKER CORP

Filing Date: 10-02-2006
Case Status: CLOSED DURING DISCOVERY

Case Type: PERSONAL INJURY
Status Date: 10-16-2006

| | | |
|---|---|---|
| Plaintiff: | JOSEPH BRENNAN<br>ID: @10866123 | Attorney: MARK DANA |
| Defendant: | THE BLACK AND DECKER CORPORATION<br>ID: @10866126 | Attorney: C BENGTSON |
| Defendant: | PORTER CABLE CORPORATION<br>ID: @10866127 | Attorney: C BENGTSON |
| Defendant: | QUAKER LANE TOOL INC<br>ID: @10866129 | Attorney: CRAIG JOHNS |

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 10-02-2006 | COMPLAINT FILED | |
| 10-02-2006 | INITIAL FILING FEE | |
| 10-02-2006 | Payment Applied | A Payment of -$160.00 was made on receipt SCP234824. |
| 10-16-2006 | NOTICE OF REMOVAL | TO US DISTRICT COURT. C.A. NO. 2006-458T<br>Affiliated: THE BLACK AND DECKER CORPORATION |
| 10-16-2006 | CASE REMVD TO US DISTRICT CT | |
| 10-16-2006 | OTH DOC FILED DURING DISCOV | |
| 10-16-2006 | ANSWER FILED | Affiliated: THE BLACK AND DECKER CORPORATION |
| 10-16-2006 | REQUEST FOR PRODUCTION FILED | Affiliated: BRENNAN, JOSEPH |
| 10-16-2006 | INTEROGATORIES FILED | Affiliated: THE BLACK AND DECKER CORPORATION |
| 10-16-2006 | ENTRY OF APPEARANCE | Affiliated: THE BLACK AND DECKER CORPORATION |
| 10-16-2006 | SUMMONS,PROOF OF SERVICE FILED | Affiliated: QUAKER LANE TOOL INC |
| 10-18-2006 | CROSSCLAIM FILED | AGAINST THE BLACK & DECKER CORPORATION<br>Affiliated: QUAKER LANE TOOL INC |
| 10-18-2006 | ANSWER FILED | TO THE PLTFS COMPLAINT.<br>Affiliated: QUAKER LANE TOOL INC |

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island