STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

JOSEPH BRENNAN :
:
VS. : C.A. NO. PC06-5149
:
THE BLACK & DECKER CORPORATION :
d/b/a PORTER-CABLE CORPORATION :
Alias and QUAKER TOOL, INC., Alias :

ANSWER OF DEFENDANT, THE BLACK & DECKER (U.S.) INC. MISTAKENLY NAMED BLACK & DECKER CORPORATION

FIRST DEFENSE

AS TO COUNT I

1. This defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 1 and leaves the plaintiff to his proof.

2. This defendant admits that Black & Decker (U.S.) Inc. is a Maryland corporation with a principal place of business in Towson, Maryland and as to the remainder of the allegations contained in paragraph 2, leaves the plaintiff to his proof.

3. This defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 3 and leaves the plaintiff to his proof.

4. This defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 4 and 5 and leaves the plaintiff to his proof.

5. This defendant denies the allegations contained in paragraphs 6, 7 and 8.

6. This defendant neither admits nor denies the allegations contained in paragraph 9 insofar as such allegations call for legal conclusions rather than the admission or denial of facts and, therefore, this defendant leaves the plaintiff to his proof.

7. This defendant admits that a Porter-Cable circular saw has a lower blade guard protecting the saw blade and designed to protect the operator from the saw blade and otherwise denies the allegations contained in paragraphs 10 and 11.

8. This defendant denies the allegations contained in paragraphs 12 and 13.

9. This defendant denies that the saw in question was the subject matter of the recall referenced in paragraph 14 and therefore denies the allegations contained in paragraph 14.

SUPERIOR COURT
FILED
HENRY S. KINCH, JR.
06 OCT 16 AM 10: 52

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

10. This defendant denies the remainder of the allegations contained in Count I.

AS TO COUNT II

1. This defendant incorporates by reference its answers to paragraphs 1 through 20 as its answers to paragraph 21.

2. This defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 22 and leaves the plaintiff to his proof.

3. This defendant denies the allegations contained in paragraph 23.

4. This defendant makes no further answer to Count II the same not applying to this defendant, but insofar as the same may apply all allegations therein are specifically denied.

SECOND DEFENSE

The plaintiff was guilty of conduct which caused or contributed to the injuries and/or damages complained of.

THIRD DEFENSE

This defendant affirmatively pleads assumption of the risk as a bar to the within action.

FOURTH DEFENSE

The plaintiff failed to notify this defendant of any breach of warranty or of any wrongful act, within a reasonable time, and therefore this action is barred.

FIFTH DEFENSE

The plaintiff's injuries and/or damages, if any at all, were caused by other persons, firms or corporations for whose conduct this defendant is not responsible.

SIXTH DEFENSE

This defendant affirmatively pleads misuse and/or abuse of the product as a bar to the within action.

SEVENTH DEFENSE

This defendant affirmatively states that any product supplied by it, if supplied at all, was reasonably fit for use at the time it left these defendant's hands and the injuries incurred by the plaintiff could not have been proximately caused by the product manufactured or sold or supplied by this defendant.

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

EIGHTH DEFENSE

The product in question was used in a manner which was unforeseen and in a manner which was not intended and therefore this action is barred.

NINTH DEFENSE

Porter-Cable Corporation is not a legal entity and therefore it cannot sue or be sued.

CARROLL, KELLY & MURPHY

C. RUSSELL BENGTSON #1233
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272 Telephone
(401) 331-4404 Facsimile

Black & Decker (U.S.) Inc. hereby claims trial by jury.

CARROLL, KELLY & MURPHY

C. RUSSELL BENGTSON #1233
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272 Telephone
(401) 331-4404 Facsimile

CERTIFICATION

I hereby certify that a true copy of the within was mailed to Mark W. Dana, Esquire, D'Amico & Burchfield, LLP, 536 Atwells Avenue, Providence, RI 02909 and Craig A. Johns, Esquire, Law Office of John T. Madden, 475 Kilvert Street, Warwick, RI 02886 on the 13th day of October, 2006.

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island