STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

JOSEPH BRENNAN

VS. : C.A. No.: PC06-5149

THE BLACK & DECKER CORPORATION d/b/a
PORTER-CABLE CORPORATION, Alias and
QUAKER LANE TOOL, INC., Alias

DEFENDANT, QUAKER LANE TOOL, INC'S.
ANSWER TO THE PLAINTIFF'S COMPLAINT

FIRST DEFENSE

As to Count I:

1. Defendant is without knowledge sufficient to form a belief as to the allegation contained in Paragraph 1, and leaves the Plaintiff to his proof thereof.

2. Defendant is without knowledge sufficient to form a belief as to the allegation contained in Paragraph 2, and leaves the Plaintiff to his proof thereof.

3. Admitted.

4. Defendant is without knowledge sufficient to form a belief as to the allegation contained in Paragraph 4, and leaves the Plaintiff to his proof thereof.

5. Defendant is without knowledge sufficient to form a belief as to the allegation contained in Paragraph 5, and leaves the Plaintiff to his proof thereof.

6. Defendant is without knowledge sufficient to form a belief as to the allegation contained in Paragraph 6, and leaves the Plaintiff to his proof thereof.

7. Denied.

8. Defendant is without knowledge sufficient to form a belief as to the allegation contained in Paragraph 8, and leaves the Plaintiff to his proof thereof.

SUPERIOR COURT
FILED
HENRY S. KINCH, JR.
06 OCT 18 PM 12: 12

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

9. Paragraph 9 constitutes an assertion of law to which no reply seems necessary; however to the extent that paragraph 9 makes any allegations against this defendant, it is denied.

10. Defendant is without knowledge sufficient to form a belief as to the allegation contained in Paragraph 10, and leaves the Plaintiff to his proof thereof.

11. Defendant is without knowledge sufficient to form a belief as to the allegation contained in Paragraph 11, and leaves the Plaintiff to his proof thereof.

12. Defendant is without knowledge sufficient to form a belief as to the allegation contained in Paragraph 12, and leaves the Plaintiff to his proof thereof.

13. Denied.

14. Defendant is without knowledge sufficient to form a belief as to the allegation contained in Paragraph 14, and leaves the Plaintiff to his proof thereof.

15. Defendant is without knowledge sufficient to form a belief as to the allegation contained in Paragraph 15, and leaves the Plaintiff to his proof thereof.

16. Denied.

17. Denied.

18. Denied.

19. Denied.

20. Denied.

WHEREFORE, Defendant demands judgment against the Plaintiff, together with costs and a trial by jury.

<u>As to Count II</u>

21. Defendant reiterates and incorporates by reference its answers to paragraphs 1 through 20 as this, its answer to number 21 of Count II.

rue Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

22. Defendant is without knowledge sufficient to form a belief as to the allegation contained in Paragraph 22, and leaves the Plaintiff to his proof thereof.

23. Defendant is without knowledge sufficient to form a belief as to the allegation contained in Paragraph 23, and leaves the Plaintiff to his proof thereof.

24. Denied.

25. Admitted.

26. Defendant is without knowledge sufficient to form a belief as to the allegation contained in Paragraph 26, and leaves the Plaintiff to his proof thereof.

27. Paragraph 27 constitutes an assertion of law to which no reply seems necessary; however, to the extent that Paragraph 27 makes any allegations against this Defendant, they are denied.

28. Defendant is without knowledge sufficient to form a belief as to the allegation contained in Paragraph 28, and leaves the Plaintiff to his proof thereof.

29. Defendant is without knowledge sufficient to form a belief as to the allegation contained in Paragraph 29, and leaves the Plaintiff to his proof thereof.

30. Defendant is without knowledge sufficient to form a belief as to the allegation contained in Paragraph 30, and leaves the Plaintiff to his proof thereof.

31. Denied.

32. Denied.

33. Defendant is without knowledge sufficient to form a belief as to the allegation contained in Paragraph 33 and leaves the Plaintiff to his proof thereof.

34. Denied.

35. Denied.

36. Denied.

37. Denied.

38. Denied.

rue Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

WHEREFORE, Defendant demands judgment against the Plaintiff, together with costs and a trial by jury.

SECOND DEFENSE

Plaintiff's own negligence is the sole and proximate cause of the incident and damages claimed and, under such circumstances, the Plaintiff ought not be entitled to recover from this Defendant.

THIRD DEFENSE

Defendant specifically avers that, at all times material to this action, it was in the exercise of due and reasonable care.

FOURTH DEFENSE

Plaintiff assumed the risk of his injury and damages, and, under the circumstances, Plaintiff is not entitled to recover from this Defendant.

FIFTH DEFENSE

Plaintiff's alleged injuries and damages were caused in whole or in part by the co-defendant, and/or the conduct of one or more parties for whom this Defendant is not responsible and, under the circumstances, this Defendant ought not be held liable.

rue Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

SIXTH DEFENSE

Defendant alleges that the Plaintiff altered, modified or changed the purpose, use, function, design and manner of use of the product which is the subject of the Plaintiff's complaint, and, under such circumstances, this Defendant ought not be held liable.

SEVENTH DEFENSE

Defendant reserves such further defenses of which it may not be aware that may appear hereafter during discovery, trial or otherwise.

WHEREFORE, Defendant demands judgment against the Plaintiff, together with costs, and a trial by jury.

DEFENDANT
QUAKER LANE TOOL, INC.
By its Attorney,

CRAIG A. JOHNS #3966
Law Office of John T. Madden
475 Kilvert St., Suite 125
Warwick, RI 02886
(401) 732-0165
(401) 732-0943 FAX

CERTIFICATION

I hereby certify that I mailed a copy of the within to Mark W. Dana, Esquire 536 Atwells Avenue, Pawtucket, RI 02909 and C. Russell Bengtson, Esquire, One Turks Head Place, Suite 400 Providence, RI 02903 on this 17th day of October, 2006.

Lisa Marcotte

rue Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island