STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

JOSEPH BRENNAN

VS.

THE BLACK & DECKER CORPORATION d/b/a PORTER-CABLE CORPORATION, Alias and QUAKER LANE TOOL, INC., Alias

: C.A. No.: PC06-5149

DEFENDANT. QUAKER LANE TOOL, INC'S CROSSCLAIM AGAINST THE BLACK & DECKER CORPORATION d/a/b PORTER-CABLE CORPORATION,

1. Plaintiff, Joseph Brennan, has complained against the Defendants, a copy of such complaint being of record and incorporated herein, by reference.

2. Defendant, Quaker Lane Tool, Inc., without admitting such complaint says that if it is found liable for damages on behalf of Joseph Brennan, such liability would have been brought about by the negligence and/or actions of the Black & Decker Corporation d/b/a Porter-Cable Corporation, and, under such circumstances, Quaker Lane Tool, Inc. is entitled to contribution and/or indemnification from the crossclaim Defendant, The Black & Decker Corporation d/b/a Porter-Cable Corporation.

WHEREFORE, your defendant, Quaker Lane Tool, Inc. demands judgment for contribution and/or indemnification against the crossclaim Defendant, The Black & Decker Corporation d/b/a Porter-Cable Corporation, for all sums (if any) Joseph Brennan may recover from it together with interest, costs, attorney fees and a trial by jury.

DEFENDANT
QUAKER LANE TOOL, INC.
By its Attorney,

CRAIG A. JOHNS #3966
Law Office of John T. Madden
475 Kilvert St., Suite 125
Warwick, RI 02886
(401) 732-0165
(401) 732-0943 FAX

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

SUPERIOR COURT
FILED
HENRY S. KINCH, JR.
06 OCT 18 PM 12: 12