UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOSEPH BRENNAN | : | |
| | : | |
| VS. | : | C.A. NO. 06-458T |
| | : | |
| THE BLACK & DECKER CORPORATION | : | |
| d/b/a PORTER-CABLE CORPORATION | : | |
| Alias and QUAKER LANE TOOL, INC., Alias | : | |

NOTICE OF APPEARANCE

I, C. Russell Bengtson, hereby enter my appearance on behalf of defendant, Quaker Lane Tool, Inc.

QUAKER LANE TOOL, INC.
By its Attorneys,
CARROLL, KELLY & MURPHY

/s/ C. Russell Bengtson
C. RUSSELL BENGTSON #1233
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272 Telephone
(401) 331-4404 Facsimile

CERTIFICATION

I hereby certify that on October 30, 2006, a true copy of the within document was filed electronically and is available for viewing and downloading from the ECF system and that counsel of record listed below will receive the document by mail.

Mark W. Dana, Esquire
Law office of Mark Dana, P.C.
536 Atwells Avenue
Providence, RI 02909

Craig A. Johns, Esquire
Law Office of John T. Madden
475 Kilvert Street, Suite 125
Warwick, RI 02886

/s/ C. Russell Bengtson