UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

JOSEPH BRENNAN

V.

THE BLACK & DECKER CORP.,
d/b/a PORTER-CABLE CORPORATION
Alias and QUAKER LANE TOOL, INC., Alias

**APPEARANCE**

Case Number: 06-458T

To the Clerk of this court and all parties of record:

I, Mark W. Dana, Esq., entry my appearance as counsel in this case for

***Plaintiff, JOSEPH BRENNAN.***

I certify that I am admitted to practice in this court.

Date: 12/6/2006

**/s/ Mark W. Dana**

Mark W. Dana, Esq. - #4150
D'AMICO – BURCHFIELD, LLP
536 Atwells Avenue
Providence, RI 02909
(401) 454-1212 – Telephone
(401) 490-4834 – Facsimile

**CERTIFICATION**

I hereby certify that on this 6th day of December, 2006, a true copy of the within document was filed electronically, and is available for viewing and downloading from the ECF system, and copies were sent to all counsel of records via regular mail.

Craig A. Johns, Esq.
Law Office of John T. Madden
475 Kilvert Street, Suite 125
Warwick, RI 02886

C. Russel Bengston, Esq.
One Turks Head Place – Suite 400
Providence, RI 02903

/s/ Mark W. Dana, Esq.________________