UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JOSEPH BRENNAN | : |
| | : |
| VS. | : C.A. No.: PC06-458T |
| | : |
| THE BLACK & DECKER CORPORATION d/b/a PORTER-CABLE CORPORATION, Alias and QUAKER LANE TOOL, INC., Alias | : |

NOTICE OF WITHDRAWAL OF APPEARANCE

I, Craig A. Johns, hereby withdraw my appearance on behalf of the defendant, Quaker Lane Tool, Inc.

DEFENDANT
QUAKER LANE TOOL, INC.
By its Attorney,

CRAIG A. JOHNS #3966
Law Office of John T. Madden
475 Kilvert St., Suite 125
Warwick, RI 02886
(401) 732-0165
(401) 732-0943 FAX

CERTIFICATION

I hereby certify that I mailed a copy of the within to Mark W. Dana, Esquire 536 Atwells Avenue, Pawtucket, RI 02909 and C. Russell Bengtson, Esquire, One Turks Head Place, Suite 400 Providence, RI 02903 on this 15th day of December, 2006.

Lisa Marott