UNITED STATES FEDERAL DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOSEPH BRENNAN | ) | CA. NO.: 06-458T |
| | ) | |
| vs. | ) | |
| | ) | |
| THE BLACK & DECKER CORPORATION | ) | |
| d/b/a PORTER CABLE CORPORATION, | ) | |
| Alias and QUAKER LANE TOOL, INC., alias | ) | |
| | ) | |

***PLAINTIFFS MOTION TO AMEND COMPLAINT***

Now comes the Plaintiff, Joseph Brennan, pursuant to Fed. R. Civ Pro. 15(a) and requests an order allowing Plaintiff to Amend his Complaint. It is the understanding of the Plaintiff that there is no objection by the Defendant to this motion. A copy of the proposed Amended Complaint is attached.

By Their Attorneys:
***D'AMICO • BURCHFIELD, LLP***

/s/ Mark W. Dana, Esq.
Mark W. Dana, Esq. #4150
536 Atwells Avenue
Providence, Rhode Island 02909
(401) 454-1212
(401) 454-1233 – fax

**CERTIFICATION**

I hereby certify that on this 18th day of January, 2007, a true copy of the within document was filed electronically, and is available for viewing and downloading from the ECF system, and copies were sent to all counsel of records via regular mail.

Craig A. Johns, Esq.
Law Office of John T. Madden
475 Kilvert Street, Suite 125
Warwick, RI 02886

C. Russel Bengston, Esq.
One Turks Head Place – Suite 400
Providence, RI 02903

/s/ Mark W. Dana, Esq.