UNITED STATES FEDERAL DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOSEPH BRENNAN<br>Plaintiff | : | |
| | : | |
| vs | : | CA #06-458T |
| | : | |
| THE BLACK & DECKER CORPORATION<br>d/b/a PORTER CABLE CORPORATION<br>Alias and QUAKER LANE TOOL, INC., Alias<br>Defendants | : | |

**ENTRY OF APPEARANCE STIPULATION**

J. Scott Kilpatrick, Esquire hereby enters his appearance as co-counsel for the Plaintiff in the above entitled matter, along with Mark Dana, Esquire.

/s/ J. Scott Kilpatrick
J. Scott Kilpatrick, Esquire (#4036)
Chisholm Chisholm & Kilpatrick LLP
One Turks Head Place, Suite 1313
Providence, RI 02903
(401) 331-6300
(401) 421-3185 FACSIMILE

Mark Dana, Esquire (#4150)
D'Amico Burchfield
536 Atwells Avenue
Providence, RI 02909
(401) 454-1222
(401) 490-4834

**Certificate of Service**

I hereby certify that on the 9th day of February, 2007, a true copy of the within document was filed electronically and is available for viewing and downloading from the ECF system and that Mark Dana, Esq and C. Russell Bengston, Esq. will receive notice through the ECF system.

/s/ J. Scott Kilpatrick