UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOSEPH BRENNAN | : | |
| | : | |
| VS. | : | C.A. NO. 06-458T |
| | : | |
| THE BLACK & DECKER CORPORATION | : | |
| d/b/a PORTER-CABLE CORPORATION | : | |
| Alias and QUAKER LANE TOOL, INC., Alias | : | |

JOINT MOTION TO AMEND AND EXTEND PRE-TRIAL DATES

The parties move that the present pre-trial dates be extended sixty (60) days and amended as follows:

1. Discovery closure date: December 15, 2007;
2. Fact discovery closure: October 15, 2007;
3. Plaintiff's expert discovery disclosure: October 15, 2007;
4. Defendants' expert disclosure: November 15, 2007.

This motion is being filed in order to depose fact witnesses as to the occurrence (said fact witnesses have recently been located); to complete expert discovery (a joint inspection of the saw was recently conducted); to perform any additional tests relating to the purported defect in the saw; and probable engagement of a medical expert.

WHEREFORE, the parties request that the pre-trial dates be extended as requested.

JOSEPH BRENNAN

By his Attorneys,
CHISHOLM, CHISHOLM & KILPATRICK, LLP

/s/ J. Scott Kilpatrick
J. SCOTT KILPATRICK #4036
One Turks Head Place, Suite 1313
Providence, RI 02903
(401) 331-6300 Telephone
(401) 421-3185 Facsimile
jkilpatrick@cck-law.com

THE BLACK & DECKER CORPORATION
d/b/a PORTER-CABLE CORPORATION and
QUAKER LANE TOOL, INC.
By their Attorneys,
CARROLL, KELLY & MURPHY

/s/ C. Russell Bengtson
C. RUSSELL BENGTSON #1233
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272 Telephone
(401) 331-4404 Facsimile

CERTIFICATION

I hereby certify that on August 15, 2007 a true copy of the within document was filed electronically and is available for viewing and downloading from the ECF system and that Mark W. Dana, Esq. mwd@mdlawri.com and J. Scott Kilpatrick, Esq., jkilpatrick@cck-law.com will receive notice through the ECF system.

/s/ C. Russell Bengtson