UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOSEPH BRENNAN | : | |
| | : | |
| VS. | : | C.A. NO. 06-458T |
| | : | |
| THE BLACK & DECKER CORPORATION | : | |
| d/b/a PORTER CABLE CORPORATION, | : | |
| Alias and QUAKER LANE TOOL, INC., alias | : | |

DEFENDANTS' EXPERT DISCLOSURE

Now come the defendants, The Black & Decker Corporation d/b/a Porter Cable Corporation, Alias and Quaker Lane Tool, Inc., alias, pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure and the Court Order of February 15, 2007, as amended and file the following designations of expert witnesses the defendants may call to testify at the time of trial.

1. Stephen L. Vick
Senior Safety Assurance Manager
Black & Decker (U.S.), Inc.
701 East Joppa Road
Towson, Maryland, 21286

2. Richard C. Otterbein, P.E.
Affiliated Engineering Laboratories, Inc.
P.O. Box 3300
Edison, New Jersey 08818-3300

A copy of the report of Mr. Vick setting forth his opinions, his statement of qualifications, photographs and testimony log are collectively attached as Exhibit A. Mr. Vick will further testify as to the circular saw in question, its purpose, capabilities, intended and actual use..

A copy of the report of Mr. Otterbein setting forth his opinions, statement of qualifications, photographs and testimony log are hereunto annexed as Exhibit B.

This original disclosure is being filed with the Clerk, United States District Court without the Exhibits.

BLACK & DECKER (U.S.), INC. d/b/a
PORTER CABLE CORPORATION
QUAKER LANE TOOL, INC.
By Their Attorneys,
CARROLL, KELLY & MURPHY

/s/ C. Russell Bengtson
C. RUSSELL BENGTSON #1233
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272 Telephone
(401) 331-4404 Facsimile
rbengtson@ckmlaw.com

CERTIFICATION

I hereby certify that on January 11, 2008 a true copy of the within document was filed electronically and is available for viewing and downloading from the ECF system and that Mark W. Dana, Esq. mwd@mdlawri.com and J. Scott Kilpatrick, Esq., jkilpatrick@cck-law.com will receive notice through the ECF system. I also certify that a copy of the within document including the exhibits has been mailed and/or hand delivered to Mark W. Dana, Esq. and J. Scott Kilpatrick, Esq.

/s/ C. Russell Bengtson