UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOSEPH BRENNAN :
:
VS. : C.A. NO. 06-458T
:
THE BLACK & DECKER CORPORATION :
d/b/a PORTER-CABLE CORPORATION :
Alias and QUAKER LANE TOOL, INC., Alias :

DISMISSAL STIPULATION

In the above entitled matter, the following has been agreed to by and between the parties:

All claims are hereby dismissed with prejudice – no interest – no costs.

JOSEPH BRENNAN

J. SCOTT KILPATRICK #4036
Chisholm Chisholm & Kilpatrick
One Turks Head Place, Suite 1313
Providence, RI 02903
(401) 331-6300 Telephone
(401) 421-3185 Facsimile
jkilpatrick@cck-law.com

JOSEPH BRENNAN

MARK W. DANA #4150
D'Amico & Burchfield, LLP
536 Atwells Avenue
Providence, RI 02903
(401) 454-1212 Telephone
(401) 454-1233 Facsimile
mwd@mdlawri.com

BLACK & DECKER (U.S.), INC.
By its Attorneys,
CARROLL, KELLY & MURPHY

C. RUSSELL BENGTSON #1233
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272 Telephone
(401) 331-4404 Facsimile
rbengtson@ckmlaw.com

CERTIFICATION

I hereby certify that on March 26, 2008, a true copy of the within document was filed electronically and is available for viewing and downloading from the ECF system and that Mark W. Dana, Esq. mwd@mdlawri.com and J. Scott Kilpatrick, Esq., jkilpatrick@cck-law.com will receive notice through the ECF system.

/s/ C. Russell Bengtson